#1005  #128073

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2009 NOV 16 PM 4:04
CLERK U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:  * CASE NO. 08-36751-S
 * JUDGE RICHARD L. SPEER
DONALD D. DILDINE  * William L. Swope, Esq.
 * 221 S. Main Street
 * Findlay, OH 45840
 * (419) 422-0288
 * Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | $ 0.90 |
| | $ 0.90 |

A check for $0.90 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: November 10, 2009

William L. Swope
Trustee